AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

DANGLIS BARTOLON-ROBLERO
and
FRANCISCO RAMIREZ-PEREZ

CRIMINAL COMPLAINT

CASE NUMBER: 8:09-MJ-

8:09 MJ 1406 MAP

I, Desmond Garcia, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 4, 2009, in Sumter County, in the Middle District of Florida, and elsewhere, defendants Danglis Bartolon-Roblero and Francisco Ramirez-Perez did

knowingly transport and conspire to transport illegal aliens,

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I). I further state that I am a Senior Patrol Agent with United States Border Patrol, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
DESMOND GARCIA

Sworn to before me and subscribed in my presence,

September 9, 2009 _____ at Tampa, Florida _____

MARK A. PIZZO
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

N:\_Criminal Cases\B\Bartolon-Roblero, Danglis, et.al._2009R02_dlh\Complaint Package.wpd

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Desmond Garcia, state that I have been employed as a United States Border Patrol Agent with the United States Border Patrol since July 7, 1996. Since January of 2009, I have been assigned to the United States Border Patrol Station in Tampa, Florida. In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal sections of the law. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

The statements contained in this affidavit are based on my personal experience and observations and those of other Agents. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge, **Danglis BARTOLON-Roblero** and **Francisco RAMIREZ-Perez,** both Mexican citizens and nationals illegally present in the United States after reentering the United States after deportation, with transporting and conspiring to transport illegal aliens, in violation of Title 8, United States Code, Sections 1324 (a)(1)(A)(ii) and (v)(I).

## FACTS AND CIRCUMSTANCES

On Friday September 4, 2009, at approximately 1500 hours, Border Patrol (BP) agents were contacted by State Troopers of the Florida Highway Patrol reporting that they had performed a vehicle stop on a minivan bearing Tennessee plates which was found to contain nine (9) individuals that they believed to be illegal aliens. The stop was conducted on the southbound lanes on Interstate-75 near mile marker 309 which is located within Sumter County in the Middle District of Florida (MDFL).

Border Patrol Agents assigned to the Tampa Station responded to the scene and determined all nine (9) occupants to be aliens illegally present in the United States. The driver of the vehicle was identified as **Danglis BARTOLON-Roblero** and **Francisco RAMIREZ-Perez** was identified as one of the occupants. All of the occupants were detained in immigration custody and on Tuesday, September 8, 2009, all of the occupants were processed and interviewed at the Tampa Station.

Seven (7) of the occupants stated that they were smuggled into the United States through the Arizona desert on or about August 28, 2009, after making smuggling arrangements with an unnamed alien smuggler. The aliens stated that they were kept in a house in Phoenix Arizona until **BARTOLON-Roblero** and **RAMIREZ-Perez** arrived to transport them to their final destinations. The aliens all identified **BARTOLON-Roblero** and **RAMIREZ-Perez** as the smugglers that were transporting them to their final destinations within the United States.

Records checks revealed that **BARTOLON-Roblero** (A# 98 663 686) and **RAMIREZ-Perez** (A# 94 000 664) had both been previously deported to Mexico pursuant to an order from a United States Immigration Judge. This was verified through fingerprint comparisons conducted through the IAFIS System, the Central Index System, and the Enforce Alien Removal Module.

Further records checks revealed that **RAMIREZ-Perez** was previously arrested by Border Patrol Agents of the Jacksonville, Florida, Border Patrol Station on March 31, 2009, transporting four illegal aliens in an Arizona plated Suburban. On that occasion **RAMIREZ-Perez** was processed for deportation and removed from the United States.

Further records checks revealed that **BARTOLON-Roblero** was previously arrested by Border Patrol Agents of the Carlsbad, New Mexico, Border Patrol Station on October 21, 2006, in a van that was found to contain a total of eighteen (18) illegal aliens. On that occasion **BARTOLON-Roblero** was identified as one of the smugglers that were transporting sixteen (16) illegal aliens to their final destinations within the United States. On that occasion **BARTOLON-Roblero** was processed for deportation and removed from the United States.

**RAMIREZ-Perez** was read his Miranda rights prior to questioning. **RAMIREZ-Perez** indicated that he understood his rights and chose to answer questions without an attorney present. **RAMIREZ-Perez** admitted to being a citizen and national of Mexico illegally present in the United States and having been previously deported from the United States. He stated that he illegally reentered the United States after his deportation. **RAMIREZ-Perez** admitted to transporting the seven (7) illegal aliens and that he knew all of the occupants were illegal aliens. **RAMIREZ-Perez** claimed that he and **BARTOLON-Roblero** had borrowed the van and transported the illegal aliens to Florida.

**BARTOLON-Roblero** was read his Miranda rights prior to questioning. **BARTOLON-Roblero** indicated that he understood his rights and chose to answer questions without an attorney present. **BARTOLON-Roblero** admitted to being a citizen and national of Mexico illegally present in the United States and to having been previously deported from the United States. He stated that he illegally reentered the United States after his deportation. **BARTOLON-Roblero** admitted to transporting the seven (7) illegal aliens and that he knew all of the occupants were illegal aliens. **BARTOLON-Roblero** claimed that he and **RAMIREZ-Perez** had borrowed the van and transported the illegal aliens to Florida.

Based on the foregoing, your affiant has reason to believe that there is probable cause to charge **Danglis BARTOLON-Roblero and Francisco RAMIREZ-Perez**, both Mexican citizens and nationals illegally present in the United States after reentering the United States after deportation, with transporting and conspiring to transport illegal aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

_____
DESMOND GARCIA
Senior Patrol Agent

Sworn to before me and subscribed in my presence, on the 9th day of September, 2009 in Tampa, Florida.

_____
MARK A. PIZZO
United States Magistrate Judge