UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.       : | CASE NO. 5:09-CR-48-Oc-34GRJ |
| : | 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(ii) |
| DANGLIS BARTOLON-ROBLERO,  : | 8 U.S.C. § 1326(a) |
| a/k/a Nestor Contreras-Gomez, : | |
| a/k/a Wilfred Lopez : | |

NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

ELEMENTS OF OFFENSES

The essential elements for Count One, a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), are:

First:   That an alien entered or remained in the United States in violation of law;

Second:   That the Defendant knew, or recklessly disregarded the fact, that the alien was in the United States in violation of the law; and

Third:   That the Defendant knowingly transported seven such aliens within the United States in furtherance of the alien's unlawful purpose.

The essential elements for Count Two, a violation of Title 8, United States Code, Section 1326(a), are:

First:   That the defendant was an alien at the times alleged in the Indictment;

Second:   That the defendant had previously been deported from the United States;

Third:   That the defendant thereafter was found to be voluntarily in the United States; and

<u>Fourth</u>:  That the defendant had not received the consent of the Secretary of the Department of Homeland Security to apply for re-admission to the United States.

## MAXIMUM PENALTY

The maximum penalty under Title 8, United States Code, Section 1324(a)(1)(B)(ii) is:

Imprisonment for not more than five (5) years per alien transported for a total of thirty-five (35) years;

Supervised Release for not more than 5 years;

Fine of not more than $250,000 per alien for a total of $1,750,000; and a

Special Assessment of $100, said special assessment to be due on the date of sentencing.

The maximum penalty under Title 8, United States Code, Section 1326(a) is:

Imprisonment for not more than two (2) years;

Supervised Release for not more than 1 year;

Fine of not more than $250,000; and a

Special Assessment of $100, said special assessment to be due on the date of sentencing.

## FACTUAL BASIS

The defendant, Danglis Bartolon-Roblero, a/k/a Nestor Contreras-Gomez, a/k/a Wilfred Lopez, is a native and citizen of Mexico, allegedly born on or about March 10, 1985, in Chiapas, Mexico. He entered the United States (U.S.) illegally, at a time and place other than as designated by immigration officers.

On Friday, September 4, 2009, at approximately 1530 hours, United States Border Patrol (BP) agents responded to a request for assistance from the Florida Highway Patrol (FHP). A FHP Trooper had stopped a tan 2000 GMC Safari van for a

traffic offense and discovered what he believed to be a vehicle occupied by nine illegal aliens.  The stop was on Interstate 75, in Sumter County, MDFL.  The BP agents determined that all nine occupants of the van were illegally in the U.S. placed them in administrative custody and transported them to the Tampa BP Station.

Once at the BP station and post-<u>Miranda</u>, defendant Danglis Bartolon-Roblero, the driver of the van when it was stopped by FHP, admitted to being a Mexican citizen illegally in the U.S., having been previously deported, and to knowingly transporting the seven illegal aliens from Phoenix, Arizona to Florida.  He stated that he and his partner, Francisco Ramirez-Perez, had borrowed the van and driven the seven illegal aliens from Phoenix, Arizona to be dropped off in Florida.  He would not admit to transporting the aliens for commercial advantage or private financial gain.

Computer and finger-print checks determined that Bartolon-Roblero had been deported to Mexico from the United States on or about November 21, 2006 and that he had not received the consent of the Secretary of the Department of Homeland Security to apply for re-admission to the United States after his deportation.

    A. BRIAN ALBRITTON
    United States Attorney

By:   s/ *Donald L. Hansen*
    DONALD L. HANSEN
    Assistant United States Attorney
    Special Prosecutions Section
    USAO No. 060
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone:  (813) 274-6351
    Facsimile:  (813) 274-6178
    E-mail:  Don.Hansen@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Maria Guzman, Esquire
>Assistant Federal Public Defender

>s/ *Donald L. Hansen*
>DONALD L. HANSEN
>Assistant United States Attorney